FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
9/28/2023 11:03 AM
JAMIE SMITH
DISTRICT CLERK
23DCCV1448

CAUSE NO. _____

| | | |
|---|---|---|
| JOHN WERNER, Plaintiff | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| BLUE CROSS | § | |
| BLUE SHIELD OF TEXAS | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, JOHN WERNER, and files this his Original Petition against BLUE CROSS BLUE SHIELD OF TEXAS, and in support of same would show as follows.

### I.

Plaintiff is, at the time this petition is filed, an individual residing in Jefferson County, Texas. Plaintiff sues for benefits arising out of a health insurance policy in which Plaintiff is the Subscriber or Member and brings this case pursuant to Level 3 of the Revised Texas Rules of Civil Procedure.

Defendant, BLUE CROSS BLUE SHIELD OF TEXAS is a corporation with its principle place of business in Texas. Blue Cross Blue Shield of Texas may be served with process in this action by serving its agent for service, **Corporation Service Company, at 211 East 7th Street, Suite 620, Austin, Texas 78701**, or wherever Blue Cross Blue Shield of Texas may be found.

Plaintiff sues for monetary relief of $250,000 or less.

1

Copy from re:SearchTX

## II.
## JURISDICTION AND VENUE

The amount in controversy is within the jurisdictional limits of this Court. Venue is proper in Jefferson County, Texas, because this is the County in which Plaintiff resides; and, all or a substantial part of the events or omissions giving rise to Plaintiff's cause of action occurred or were performed in Jefferson County.

## III.

As to certain medical treatments incurred and paid for by Plaintiff (dates of service on or about June 27, 2020-December 15, 2020), Defendant has wrongfully refused to pay and/or wrongfully denied coverage for treatment. Defendant's decisions, both initially and on appeal, have constituted a clear abuse of discretion and are inconsistent with other determinations made by Defendant.

As to another certain payment which was "double-billed" to Plaintiff (dates of service on or about May 13, 2020-June 27, 2020), Defendant has failed to properly reimburse Plaintiff, has failed to comply with its obligations on appeal, and has failed to provide an explanation for its determination.

Finally, as to certain other medical treatments, which Defendant has now admitted are covered (dates of service on or about April 13, 2020-May 5, 2020), Defendant has failed to pay the benefits properly due and owing under the policy. In that regard, Defendant has committed both a breach of contract and has also violated Texas Insurance Code Chapter 542, the "Prompt Payment of Claims Act." As such, Defendant is liable not only for the amounts they have conceded are properly due and

Copy from re:SearchTX

owing under the policy, but for interest on said amount at a rate of 18% per year as damages, together with reasonable and necessary attorney's fees, as well as post-judgment interest, costs, and all over recoveries allowed by law.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, for the reasons and upon the grounds stated above, Plaintiff prays that the Defendant be cited to answer and appear and that upon final hearing, the Plaintiff have judgment in an amount in excess of the minimum jurisdictional limits of this Court, for pre-judgment and post-judgment interest, for court costs, and for such other and further relief to which he may be justly entitled at law or in equity and for all of which he will ever pray.

Respectfully submitted,

REAUD, MORGAN & QUINN, L.L.P.
801 Laurel Street
P. O. Box 26005
Beaumont, Texas 77720-6005
(409) 838-1000
Fax (409) 833-8236

By  */s/ John Werner*
    John Werner
    State Bar No. 00789720
    jwerner@rmqlawfirm.com

**Attorneys for Plaintiff**

Copy from re:SearchTX