| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOHN WERNER, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:23-CV-403
§
BLUE CROSS BLUE SHIELD OF TEXAS, §
§
      Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal With Prejudice (#19), filed September 24, 2024, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 25th day of September, 2024.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE